IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ALBERT WILLIAMS, JR., )
)
      Petitioner, )
)
v. ) CIVIL ACTION NO. 97-N-0166-S
)
WARDEN WILLIE E. JOHNSON )
and BILL PRYOR, ATTORNEY )
GENERAL FOR THE STATE OF )
ALABAMA, )
)
      Respondents. )

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation (doct. 30), the objections of the petitioner (doct. 31), his supplemental objections (doct. 34), and his "Motion to Amend" (doct. 35), which the court is treating as additional objections, and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusion of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be denied and dismissed with prejudice. An appropriate order will be entered.

**DONE**, this \_\_7th\_\_ day of July, 1999.

                                             _____
                                             EDWIN L. NELSON
                                             UNITED STATES DISTRICT JUDGE

2